IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| STEPHANIE KIEHL, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 10-1252-KHV-JPO |
|  | ) |  |
| THE BOARD OF COUNTY COMMISSIONERS OF SUMNER COUNTY, KANSAS, and PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign corporation, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## AGREED PROTECTIVE ORDER
## REGARDING CONFIDENTIAL INFORMATION

NOW, on this 13th day of December 2010, the Court hereby enters a protective order pursuant to Fed. R. Civ. P. 26(c). This case arises out of a motor vehicle accident that occurred involving plaintiff and H. Lloyd Kromka, who was acting in the course and scope of his employment with Sumner County, Kansas. Plaintiff alleges Kromka acted negligently thereby causing the motor vehicle accident. These claims may lead to discovery of personnel files or records of H. Lloyd Kromka which are ordinarily deemed confidential. On joint motion of the parties and for good cause shown, the Court orders that any such documents produced or disclosed during this litigation shall be used only for purposes of this lawsuit.

The Court further orders:

1. That access to said personnel files or records of Kromka obtained under this Protective Order shall be limited to the parties, their counsel, clerical and staff persons employed by counsel, expert witnesses, and the Court;

2. That their use shall be restricted to pretrial, trial, and appellate proceedings in this case;

3. That such confidential documents may be filed under seal only upon separate, specific motion and later order of the Court;

4. That within thirty (30) days after the conclusion of this litigation, all copies of the confidential documents produced under this Protective Order shall either be destroyed or returned to the respective parties' counsel.

IT IS SO ORDERED.

Dated December 13, 2010, at Kansas City, Kansas.

    s/James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

APPROVED:

s/Brooks Kancel
Brooks Kancel, #10473
Fleeson, Gooing, Coulson & Kitch, L.L.C.
1900 Epic Center, 301 N. Main
Wichita, Kansas 67202
Tel: (316) 267-7361
Fax: (316) 267-1754
Email: bkancel@fleeson.com
Attorneys for Defendant, The Board of County Commissioners of Sumner County

    s/   Bradley Pistotnik
    Bradley A. Pistotnik, #10626
    Affiliated Attorneys of Pistotnik Law Offices, P.A.
    2831 E. Central
    Wichita, Kansas 67214
    Tel: (316) 689-8035
    Fax: (316) 683-4692
    Email: bradpistotnik@pistotniklaw.com
    *Attorneys for Plaintiff*


    s/ Jennifer M. Hill
    Kevin McMaster, #11903
    Jennifer M. Hill, #21213
    *Attorneys for Defendants*
    MCDONALD, TINKER,
    SKAER, QUINN & HERRINGTON, P.A.
    300 West Douglas, Suite 500
    P.O. Box 207
    Wichita, KS 67201-0207
    Telephone: 316-263-5851
    Facsimile: 316-263-4677
    E-mail: kmcmaster@mtsqh.com
            jhill@mtsqh.com